**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA
In The Court of Appeals**

The State, Respondent,

v.

Matthew Thomas Pickens, Jr., Appellant.

Appellate Case No. 2017-001687

―――――――――――――

Appeal From Anderson County
Perry H. Gravely, Circuit Court Judge

―――――――――――――

Unpublished Opinion No. 2018-UP-468
Submitted November 1, 2018 – Filed December 19, 2018

―――――――――――――

**APPEAL DISMISSED**

―――――――――――――

Appellate Defender Laura Ruth Baer and Appellate Defender LaNelle Cantey DuRant, both of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General John Benjamin Aplin, both of Columbia, for Respondent.

―――――――――――――

**PER CURIAM:**  Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**KONDUROS, MCDONALD, and HILL, JJ., concur.**

---

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.